SITE UPDATE SOLUTIONS,
LLC, Plaintiff–Appellee,

v.

ACCOR NORTH AMERICA, INC., CBS Corp., Ticketmaster Entertainment, Inc., Jasons Deli Corp., The Walt Disney Company, and Time Warner, Inc., Defendants,

and

Newegg, Inc., Defendant–Appellant.

No. 2013–1458.

United States Court of Appeals,
Federal Circuit.

May 14, 2014.

John J. Edmonds, Collins, Edmonds, Pogorzelski, Schlather & Tower PLLC, Houston, TX, for Plaintiff–Appellee.

Yar Roman Chaikovsky, Philip Ou, Esq., Attorney, McDermott, Will & Emery LLP, Menlo Park, CA, for Defendant–Appellant.

Before PROST, REYNA, and HUGHES, Circuit Judges.

**ORDER**

PER CURIAM.

The Supreme Court decided *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, No. 12–1184, —— U.S. ——, 134 S.Ct. 1749, —— L.E.2d —— (2014) on April 29, 2014.

IT IS ORDERED THAT:

The district court's order denying declaration of an exceptional case and award of attorneys' fees is vacated and the case is remanded for further proceedings in light of the Supreme Court's decision.